```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PERLA MAGENO,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :            18-cv-919 (KBF)
                -v-                                         :
CANALI U.S.A., INC.,                                        :            ORDER
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 5, 2018

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for a **telephonic** initial pretrial conference ("IPTC") on **Friday, March 23, 2018, at 9:00 a.m.** The parties shall call Chambers (212-805-0276) from one line at that time. All counsel in receipt of this order shall notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of this order and with a copy of the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

3. Requests for adjournments shall be submitted at least **two business days prior** to the IPTC.

4. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.

SO ORDERED.

Dated:  New York, New York
February 5, 2018

_____
KATHERINE B. FORREST
United States District Judge