

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Joseph A. Piesco
joseph.piesco@dlapiper.com
T  212.335.4537
F  212.335.4501

March 13, 2018

**VIA ECF**
The Honorable Katherine B. Forrest.
United States District Court, Southern District of New York
United States Courthouse
500 Perl Street
New York, NY 10007-1312

Re:   *Perla Mageno v. Canali U.S.A., Inc.*,
      **Case No. 18-cv-00919 (KBF)**

Dear Judge Forrest:

We represent Defendant in the above-referenced matter. We write, jointly with Plaintiff's counsel, to respectfully request a forty-five (45) day extension of time in which Defendant may have to answer, move or otherwise respond to the complaint. Plaintiff's counsel consents to the requested extension from March 13, 2018 through and including April 27, 2018. There have been no previous requests for an extension of time.

The requested extension would not prejudice any party to this action.

We greatly appreciate Your Honor's courtesies in this regard, and thank the Court for its time and attention to this matter.

Respectfully submitted,

Joseph A. Piesco, Jr.

cc: Javier L. Merino (counsel for Plaintiff)

*[Handwritten: So ordered, IPTC also adjourned to May 4 @ 4:30pm. KB, 7o— WDJ 3/14/18]*