

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Joseph A. Piesco
joseph.piesco@dlapiper.com
T  212.335.4537
F  212.335.4501

April 25, 2018

**VIA ECF**
The Honorable Katherine B. Forrest.
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Perla Mageno v. Canali U.S.A., Inc.,*
     **Case No. 18-cv-00919 (KBF)**

Dear Judge Forrest:

We represent Defendant in the above-referenced matter. We write, jointly with Plaintiff's counsel, to respectfully request a thirty (30) day extension of time in which Defendant may have to answer, move or otherwise respond to the complaint. Plaintiff's counsel consents to the requested extension from April 27, 2018 through and including May 28, 2018. There has been one previous request for an extension of time.

The parties are continuing to engage in good faith settlement negotiations, and the requested extension would not prejudice any party to this action.

We greatly appreciate Your Honor's courtesies in this regard, and thank the Court for its time and attention to this matter.

Respectfully submitted,

*[signature]*

Joseph A. Piesco, Jr.

cc: Javier L. Merino (counsel for Plaintiff)

*Ordered.*

*Conference adjourned to 6/1/18 @ 4:30 pm.*

*/s/ KBF*
*USDJ*

*4/26/18*