

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Joseph A. Piesco
joseph.piesco@dlapiper.com
T  212.335.4537
F  212.335.4501

May 24, 2018

**VIA ECF**
The Honorable Katherine B. Forrest
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Perla Mageno v. Canali U.S.A., Inc.,*
      **Case No. 18-cv-00919 (KBF)**

Dear Judge Forrest:

We represent Defendant in the above-referenced matter. We write, jointly with Plaintiff's counsel, to respectfully request a thirty (30) day extension of time in which Defendant may have to answer, move or otherwise respond to the complaint. Plaintiff's counsel consents to the requested extension from May 28, 2018 through and including June 27, 2018. There have been two previous requests for an extension of time.

The parties are continuing to engage in good faith settlement negotiations, and the requested extension would not prejudice any party to this action.

We greatly appreciate Your Honor's courtesies in this regard, and thank the Court for its time and attention to this matter.

Respectfully submitted,

Joseph A. Piesco, Jr.

cc:   Emily White, Esq. (counsel for Plaintiff)
      Javier Merino, Esq. (counsel for Plaintiff)

Ordered.

Denied. There have already been 2 extensions.

KBF
USDJ

5/30/18