```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PERLA MAGENO,

                      Plaintiff,
                                                                18-cv-919 (KBF)
              -v-
CANALI U.S.A., INC.,                                            ORDER

                      Defendant.
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: June 7, 2018

KATHERINE B. FORREST, District Judge:

The Court held an initial pretrial conference ("IPTC") in this matter on June 1, 2018.

As discussed in the conference, defendant shall move or answer **not later than June 22, 2018.** Thereafter, briefing shall follow the local rules.

SO ORDERED.

Dated:     New York, New York
           June 7, 2018

_____
KATHERINE B. FORREST
United States District Judge